IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MATTHEW SCHOENECKER,

        Plaintiff,

v.                                                       Case No. 18-cv-00555

JOHN KOOPMAN, individually and
as Principal of Markesan High School,

        Defendant.

## DEFENDANT'S NON-OPPOSITION TO ENTRY OF CONSENT JUDGMENT
## (DKT. NO. 56-1)

        Defendant, John Koopman, individually and as Principal of Markesan High School, by his counsel, Crivello Carlson, S.C., hereby confirms that he has no opposition to the entry of consent judgment as set forth in Docket Number 56 and 56-1.

        Dated this 15th day of May, 2019.

                                                  BY:  s/ *Sara C. Mills*
                                                         PATRICK W. BRENNAN
                                                         State Bar No. 1014688
                                                         SARA C. MILLS
                                                         State Bar No. 1029470
                                                         CRIVELLO CARLSON, S.C.
                                                          Attorneys for Defendant, John
                                                          Koopman, individually and as Principal of
                                                          Markesan High School
                                                          710 N. Plankinton Avenue, Suite 500
                                                          Milwaukee, WI 53203
                                                          Phone: (414) 271-7722
                                                          Fax: (414) 271-4438
                                                          Email: pbrennan@crivellocarlson.com
                                                                     smills@crivellocarlson.com